**Ramon Tino TOMAS Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States Respondent**

No. 16-2016

United States Court of Appeals, Eighth Circuit.

Submitted: January 13, 2017

Filed: January 19, 2017

Ramon Tino Tomas, Pro Se

Karen Yolanda Drummond, Carl H. McIntyre, Evan Paul Schultz, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Ramon Tino Tomas petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal, and relief under the Convention Against Torture. After careful consideration, we conclude that substantial evidence supports the decision. See De Castro–Gutierrez v. Holder, 713 F.3d 375, 379, 381–82 (8th Cir. 2013). The petition for review is denied. See 8th Cir. R. 47B.